No. 360. GROVE PRESS, INC., ET AL. *v.* FLASK ET AL. Appeal from D. C. N. D. Ohio. Motion of Eve Productions, Inc., for leave to file a brief as *amicus curiae* granted. MR. JUSTICE DOUGLAS took no part in the consideration or decision of this motion.

No. 5394. GRIZZELL *v.* WAINWRIGHT, CORRECTIONS DIRECTOR. Motion for leave to file petition for writ of habeas corpus denied. MR. JUSTICE DOUGLAS is of the opinion that the motion should be granted.

No. 590. MUNCASTER *v.* DeMENT, U. S. ATTORNEY, ET AL.;

No. 5271. FLETCHER *v.* ROSENBERG, U. S. DISTRICT JUDGE;

No. 5506. WILEY *v.* BROWN, CHIEF JUDGE, U. S. COURT OF APPEALS; and

No. 5647. KAMSLER *v.* KERNER, U. S. DISTRICT JUDGE, ET AL. Motions for leave to file petitions for writs of mandamus denied.

No. 515. UNITED STATES *v.* SOUTHERN UTE TRIBE OR BAND OF INDIANS. Ct. Cl. Certiorari granted.

No. 600. PEREZ *v.* UNITED STATES. C. A. 2d Cir. Certiorari granted.

No. 587. LUTTRELL *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 591. LEPRINO CHEESE Co., DBA LEPRINO CHEESE MANUFACTURING Co. *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 10th Cir. Certiorari denied.